IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBIN DORENE NICKLIN,

Plaintiff,

v.

ONE ADVANTAGE LLC,

Defendant.

Case No. 16-cv-1244 JPG/SCW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 11, 2017**          JUSTINE FLANAGAN, Acting Clerk of Court

*s/Tina Gray,* **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**